1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   MEGHAN J. CLAIR
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone: (916) 498-5700
6

7
   Attorneys for Defendant
8  TACHIENA J. MOORE

9

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  UNITED STATES OF AMERICA,         )  2:12-CR-00246-CKD
                                      )
14                 Plaintiff,         )
                                      )  STIPULATION AND ORDER TO SET A
15       v.                           )  STATUS HEARING
                                      )
16  TACHIENA J. MOORE,                )
                                      )  Date: October 4, 2012
17                 Defendant.         )  Time: 9:30 a.m.
                                      )  Judge: Carolyn K. Delaney
18  _____   )

19       The United States Attorney through his respective counsel, JEFFREY

20  A. SPIVAK, Special Assistant United States Attorney, and LINDA C.

21  HARTER, Attorney for TACHIENA J. MOORE, and Certified Student Attorney,

22  MEGHAN J. CLAIR, jointly request that a status hearing be scheduled on

23  October 4, 2012 at 9:30 a.m. before Magistrate Judge Carolyn K.

24  Delaney.

25       Pursuant to the parties' agreement, the Trial Confirmation Hearing

26  and Jury Trial dates were previously vacated by memo on September 5,

27  2012.  No new date in the case was set.  The parties jointly request

that the court set a status hearing on October 4, 2012 at 9:30 a.m.

Time is to be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(b)(iv) (Local Rule T4) as the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Ms. Moore is being represented by court certified law students who recently received her file. The students wish to have additional time to review Ms. Moore's case in order to prepare Ms. Moore's defense or fully explain the effect of accepting the proposed plea agreement. The parties expect to resolve this matter without a trial.

Dated: September 18, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ Linda Harter
LINDA C. HARTER
Assistant Federal Defender
Attorney for TACHIENA J. MOORE

/s/ Meghan J. Clair
MEGHAN J. CLAIR
Certified Student Attorney

Dated: September 18, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney

O R D E R

**IT IS SO ORDERED.**

DATED: <u>September 18, 2012</u>  /s/ Carolyn K. Delaney
HON. Carolyn K. Delaney
United States Magistrate Judge