```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JEFFREY A. SPIVAK
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:12-CR-00246-CKD |
| ) | |
| Plaintiff, ) | Stipulation and Order to |
| ) | Continue Status Conference |
| v. ) | |
| ) | Date: October 4, 2012 |
| TACHIENA J. MOORE, ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Carolyn K. Delaney |
| Defendant. ) | |
| ) | |

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled status conference set for October 4, 2012 at 9:30 a.m. be continued to November 15, 2012 at 9:30 a.m.  Further time is required for defense counsel to prepare a defense and consult with their client, and to allow the parties to discuss a plea agreement.  Accordingly, the parties jointly request that the Court exclude time under local code T4 until November 15, 2012,

//

//

//

//

1

and make a finding that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: October 3, 2012  BENJAMIN B. WAGNER
United States Attorney


By: /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Special Assistant U.S. Attorney

DATED: October 3, 2012  DANIEL J. BRODERICK
Federal Defender


(as authorized on 10/3/12)
By: /s/ Linda Harter
LINDA HARTER
Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: October 3, 2012


/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge

2